**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF WEST VIRGINIA

Case number *(if known)* _____   Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **O'Brien's Rent-All & Sales, Inc.** | |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **55-0587710** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **2640 Market Street** **Wheeling, WV 26003** Number, Street, City, State & ZIP Code | **P.O. Box 6682** **Wheeling, WV 26003** P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Ohio** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

☑ Yes.

---

Debtor **O'Brien's Rent-All & Sales, Inc.**    Case number *(if known)*    Case 25-50104 Doc 1    Filed 02/24/25    Entered 02/24/25 14:09:16    Page 3 of 47

Name

List all cases. If more than 1, attach a separate list

| Debtor | **See Attachment** | | Relationship | |
|---|---|---|---|---|
| District | | When | Case number, if known | |

---

**11. Why is the case filed in this district?**

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)

  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

  - ☐ It needs to be physically secured or protected from the weather.

  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

  - ☐ Other _____

  **Where is the property?** _____
  Number, Street, City, State & ZIP Code

  **Is the property insured?**

  - ☐ No
  - ☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds** .

*Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

---

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

---

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __February 20, 2025__
                MM / DD / YYYY

**X** **/s/ Sean O'Brien**                          **Sean O'Brien**
Signature of authorized representative of debtor           Printed name

Title    **President**

**18. Signature of attorney**

**X** **/s/ Kelly Gene Kotur**                Date   **February 20, 2025**
Signature of attorney for debtor                     MM / DD / YYYY

**Kelly Gene Kotur 11249**
Printed name

**Davis & Kotur Law Office Co. LPA**
Firm name

**407-A Howard Street**
**Bridgeport, OH 43912**
Number, Street, City, State & ZIP Code

Contact phone   **(740) 635-1217**     Email address   **kellykotur@davisandkotur.com**

**11249 WV**
Bar number and State

| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF WEST VIRGINIA

Case number *(if known)* _____   Chapter __11__

☐ Check if this an
amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | |
|---|---|---|---|
| Debtor | **O'Brien's Mining & Construction Services, Inc.** | Relationship to you | **Affiliate Company** |
| District | **Northern District of West Virginia**   When | Case number, if known | |
| | | | |
| Debtor | **Sean O'Brien** | Relationship to you | **Sole Shareholder of Debtor** |
| District | **Northern District of West Virginia**   When | Case number, if known | |

**Fill in this information to identify the case:**

Debtor name   **O'Brien's Rent-All & Sales, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF WEST VIRGINIA

Case number (if known)   _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 20, 2025**   X **/s/ Sean O'Brien**
                                        Signature of individual signing on behalf of debtor

                                        **Sean O'Brien**
                                        Printed name

                                        **President**
                                        Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **O'Brien's Rent-All & Sales, Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF WEST VIRGINIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **A Crane Rental 200 Washington Ave Dravosburg, PA 15034** | | **Account Balance** | | | | **$278,060.00** |
| **AETNA 151 Farmington Avenue Hartford, CT 06156** | | **Account Balance** | | | | **$2,858.00** |
| **Herndon morton Herndon Yeager 83 Edgington Lane Wheeling, WV 26003** | | **Account Balance** | | | | **$4,920.00** |
| **Internal Revenue Service Centralized Insolvency Operation P.O. Box 7346 Philadelphia, PA 19101-7346** | | **All assets 2290 for 2016 and 2017 941 1st quarter 2018** | | **$26,119.18** | **$0.00** | **$26,119.18** |
| **Internal Revenue Service Centralized Insolvency Operation P.O. Box 7346 Philadelphia, PA 19101-7346** | | **All assets 941 3rd quarter 2018** | | **$63,170.51** | **$0.00** | **$63,170.51** |
| **Internal Revenue Service Centralized Insolvency Operation P.O. Box 7346 Philadelphia, PA 19101-7346** | | **All assets 941 2nd & 3rd quarters 2022 2nd & 4th quarters 2023** | | **$55,971.00** | **$0.00** | **$55,971.00** |

Debtor    **O'Brien's Rent-All & Sales, Inc.**                          Case number *(if known)* _____

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Internal Revenue Service Centralized Insolvency Operation P.O. Box 7346 Philadelphia, PA 19101-7346** | | **All assets 941 2nd quarter 20018** | | $53,698.00 | $0.00 | $53,698.00 |
| **Internal Revenue Service Centralized Insolvency Operation P.O. Box 7346 Philadelphia, PA 19101-7346** | | **All assets 941 3rd & 4th quarters 2020** | | $45,253.27 | $0.00 | $45,253.27 |
| **IOUE Local 132 636 Fourth Avenue Huntington, WV 25701-0067** | | **Pension contributions** | | | | $322,622.24 |
| **Laborers' Local 1149 2110 Lunber Avenue Wheeling, WV 26003** | | **Pension contributions** | | | | $65,000.00 |
| **MMG Investments V, LLC c/o Midwest Servicing 4, LLC 3144 S. Winton Road Rochester, NY 14623** | | | | | | $686,890.26 |
| **MMG Investments V, LLC c/o Midwest Servicing 4, LLC 3144 S. Winton Road Rochester, NY 14623** | | **All Business Assets** | | $209,576.44 | $1,375,206.00 | $134,370.44 |
| **MMG Investments V, LLC c/o Midwest Servicing 4, LLC 3144 S. Winton Road Rochester, NY 14623** | | **Titel lien on various vehicles** | | $1,447,815.82 | $1,375,206.00 | $72,609.82 |
| **Ohio Department of Taxation P.O. Box 182401 Columbus, OH 43218-2401** | | **Taxes** | | | | $3,990.22 |

Debtor   **O'Brien's Rent-All & Sales, Inc.**                                    Case number *(if known)* _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Royal Hydrolic Services & Mfg. 2 Washington Street Cokeburg, PA 15324** | | **Account Balance** | | | | **$5,566.30** |
| **Sheriff of Ohio County 1500 Chapline Street Wheeling, WV 26003** | | **Account Balance** | | | | **$12,379.00** |
| **Top Notch Logistics 2811 Glenmore Avenue Pittsburgh, PA 15216** | | **Account Balance** | | | | **$4,950.00** |
| **United Healthcare PO Box 1459 Minneapolis Minneapolis, MN 55440** | | **Account Balance** | | | | **$6,091.00** |
| **WV Department of Taxation PO Box 3694 Charleston, WV 25336** | | **Withholding taxes** | | | | **$8,544.71** |
| **WV Department of Taxation PO Box 3694 Charleston, WV 25336** | | **Sales Taxes** | | | | **$5,282.65** |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **O'Brien's Rent-All & Sales, Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF WEST VIRGINIA |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*................................................................. $      **9,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................. $      **1,376,582.43**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................... $      **1,385,582.43**

| Part 2: | Summary of Liabilities |
|---|---|

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $      **1,901,604.22**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................... $      **417,818.82**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........................... +$      **993,748.56**

4.  Total liabilities .................................................................................................
    Lines 2 + 3a + 3b         $      **3,313,171.60**

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **O'Brien's Rent-All & Sales, Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF WEST VIRGINIA |
| Case number (if known) | |

☐ Check if this is an
   amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

  ☐ No. Go to Part 2.
  ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Main Street Bank** | **Checking** | | $10,314.24 |
| 3.2. | **Main Street Bank** | **Checking** | | $62.19 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

| | |
|---|---|
| Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | **$10,376.43** |

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

  ☑ No. Go to Part 3.
  ☐ Yes Fill in the information below.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

  ☐ No. Go to Part 4.
  ☑ Yes Fill in the information below.

11. **Accounts receivable**

Debtor   **O'Brien's Rent-All & Sales, Inc.** _____   Case number *(If known)* _____
   Name

| 11a. 90 days old or less: | **100,000.00** | - | **0.00** | = .... | **$100,000.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

---

12.  **Total of Part 3.**
   Current value on lines 11a + 11b = line 12.  Copy the total to line 82.      **$100,000.00**

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** <br> Misc. Furniture | **$0.00** | | **$1,000.00** |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** <br> Copier, Computer, Server Old Computers and Laptops | **$0.00** | | **$1,000.00** |

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
   books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
   collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**                                          **$2,000.00**
   Add lines 39 through 42.  Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No

Debtor   **O'Brien's Rent-All & Sales, Inc.**                     Case number *(If known)* _____
           Name

☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **1990 Trail Tek Trailer** | $0.00 | | $2,500.00 |
| 47.2.   **Bo-Mag Vibro Roller #BW7** | $0.00 | | $100.00 |
| 47.3.   **2005 Mack Tractor CL733** | $0.00 | | $10,000.00 |
| 47.4.   **Trailer** | $0.00 | | $2,500.00 |
| 47.5.   **1998 Fontaine Flatbed** | $0.00 | | $2,000.00 |
| 47.6.   **2018 Peterbilt 567** | $0.00 | | $470,000.00 |
| 47.7.   **2013 Grove TMS9000E** | $0.00 | | $430,000.00 |
| 47.8.   **45' Flatbed Fruehauf Trailer** | $0.00 | | $3,000.00 |
| 47.9.   **Trail King Lowboy TRLR #20** | $0.00 | | $20,000.00 |
| 47.10.   **1999 Ford F-250 SN23399 #17** | $0.00 | | $1,500.00 |
| 47.11.   **1999 Ford F-250 SN23435 #18** | $0.00 | | $1,500.00 |
| 47.12.   **1999 Mack Tracdtor #19 SN** | $0.00 | | $15,000.00 |
| 47.13.   **Humvee/002558** | $0.00 | | $4,000.00 |
| 47.14.   **Dump Truck** | $0.00 | | $4,000.00 |

Debtor   **O'Brien's Rent-All & Sales, Inc.**                                    Case number *(If known)* _____
            Name

| 47.15. | White Pickup Truck | $0.00 | $4,000.00 |
|---|---|---|---|
| 47.16. | 2006 Ford F-350 | $0.00 | $2,000.00 |
| 47.17. | 2010 Ford F-450 | $0.00 | $15,000.00 |
| 47.18. | 2012 Mack GU73 (VAC Truck) | $0.00 | $40,000.00 |
| 47.19. | 2007 Mack Tri-Axle Dump Truck | $0.00 | $25,000.00 |
| 47.20. | 2012 Ford F-450 | $0.00 | $20,000.00 |
| 47.21. | 2014 Fird F-550 | $0.00 | $20,000.00 |
| 47.22. | 2014 Ford F-150 | $0.00 | $10,000.00 |
| 47.23. | 2014 Ford F-150 | $0.00 | $10,000.00 |
| 47.24. | 2014 Ford  F-150 | $0.00 | $10,000.00 |
| 47.25. | 2015 Ford F-350 Crew | $0.00 | $38,172.00 |
| 47.26. | 2009 Ford F-250 | $0.00 | $1,500.00 |
| 47.27. | 2003 Chevrolet Van | $0.00 | $1,000.00 |
| 47.28. | 1997 Box Van | $0.00 | $500.00 |
| 47.29. | 2000 Box Van | $0.00 | $500.00 |

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

Debtor   **O'Brien's Rent-All & Sales, Inc.**                    Case number *(If known)*
         Name

| | | | |
|---|---|---|---|
| Bobcat Model 12 Auger | $0.00 | | $100.00 |
| Six (6) 90lb Hammers 1-1/4 | $0.00 | | $100.00 |
| Two (2) 60lb Hammers 1-1/4 | $0.00 | | $100.00 |
| Salt Spreader Attachment | $0.00 | | $100.00 |
| Self Propelled Areial Pla | $0.00 | | $500.00 |
| 500 gallon fuel tank | $0.00 | | $100.00 |
| Kubota L4300 Tractor | $0.00 | | $2,000.00 |
| Conpressor for Shop | $0.00 | | $500.00 |
| Pipe Elevators for Crane | $0.00 | | $100.00 |
| Caterpillar DSNXL | $0.00 | | $25,000.00 |
| Portable Radios | $0.00 | | $500.00 |
| Kubota Tractor | $0.00 | | $2,500.00 |
| Satellite Telephone | $0.00 | | $100.00 |
| Fuel Tank | $0.00 | | $400.00 |
| Gorman Rupp 6" Trash Pump | $0.00 | | $5,000.00 |
| 1988 Grove Crane Model | $0.00 | | $7,000.00 |
| Wheel Tracotor w/Boom | $0.00 | | $5,000.00 |
| 2009 Direct Drop Deck | $0.00 | | $5,000.00 |
| Portable Radios | $0.00 | | $2,000.00 |
| Motorola Portable Radio | $0.00 | | $1,000.00 |
| Fuel Tank | $0.00 | | $1,000.00 |

Debtor      **O'Brien's Rent-All & Sales, Inc.**                                           Case number *(If known)* _____
              Name

| | | | |
|---|---|---|---|
| Alum 3" Trench Box w/Spreader | $0.00 | | $2,500.00 |
| Honda Rammer Hammer | $0.00 | | $500.00 |
| Collar Spreader | $0.00 | | $848.00 |
| 8" Inverted Vee | $0.00 | | $179.00 |
| Snow Plow | $0.00 | | $5,807.00 |
| Two (2) CB Radios | $0.00 | | $400.00 |
| Hobart Champion Welder | $0.00 | | $750.00 |
| Snow Plow | $0.00 | | $2,000.00 |
| Ten (10) Portable Radios | $0.00 | | $1,500.00 |
| 2000 Trail King Drop Deck | $0.00 | | $2,500.00 |
| AERO-Lift 2,500 lb Unit | $0.00 | | $2,000.00 |
| Three (3) Communication Radios | $0.00 | | $750.00 |
| Atlas Air Compressor | $0.00 | | $1,000.00 |
| One (1) Base Radio<br>Two (2) Portable Radio | $0.00 | | $1,000.00 |
| Container 8x20 | $0.00 | | $1,000.00 |
| Two (2) Containers | $0.00 | | $2,000.00 |
| CAT 31660DCT 48" Ditch Clean | $0.00 | | $2,500.00 |
| Supersonic Air Knife | $0.00 | | $500.00 |
| Wheeler Rex Triple Diaphrag | $0.00 | | $2,500.00 |
| Dump Truck Bed #15 | $0.00 | | $1,500.00 |
| Salt Spreader & Plow | $0.00 | | $4,000.00 |

Debtor   **O'Brien's Rent-All & Sales, Inc.**                                      Case number *(If known)* _____
         Name

| IBM Server | $0.00 | | $1,500.00 |
|---|---|---|---|
| Renzor Heater | $0.00 | | $200.00 |
| Shop Printer | $0.00 | | $100.00 |
| Apple Laptop | $0.00 | | $500.00 |
| Savin Copier | $0.00 | | $200.00 |
| Lenova MS Tower Server | $0.00 | | $3,000.00 |
| CPR Dummies | $0.00 | | $100.00 |
| Noise Dosimeters | $0.00 | | $500.00 |
| Cabinets - Berry Supply | $0.00 | | $500.00 |

51. **Total of Part 8.**

    Add lines 47 through 50.  Copy the total to line 87.

    $1,264,206.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    - ☑ No
    - ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    - ☑ No
    - ☐ Yes

**Part 9:** **Real property**

54. **Does the debtor own or lease any real property?**

    - ☐ No.  Go to Part 10.
    - ☑ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Lot on Market Street Wheeling, WV  26003 10-W65-166** | Fee simple | $0.00 | Tax records | $4,500.00 |

Debtor __**O'Brien's Rent-All & Sales, Inc.**_____   Case number *(If known)* _____
　　　　　　Name

| | 55.2. | **Lot on Market Street**<br>**Wheeling, WV  26003**<br>**Parcel No.**<br>**10-W65-169** | Fee simple | $0.00 | Tax records | $4,500.00 |

---

**56.**　**Total of Part 9.**　　　　　　　　　　　　　　　　　　　　　　　　　　　　**$9,000.00**

　　　Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
　　　Copy the total to line 88.

**57.**　**Is a depreciation schedule available for any of the property listed in Part 9?**

　　■ No
　　☐ Yes

**58.**　**Has any of the property listed in Part 9 been appraised by a professional within the last year?**

　　■ No
　　☐ Yes

**Part 10:**　**Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

　☐ No.  Go to Part 11.
　■ Yes Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **60.**　**Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.**　**Internet domain names and websites** | | | |
| **62.**　**Licenses, franchises, and royalties** | | | |
| **63.**　**Customer lists, mailing lists, or other compilations** | | | |
| **64.**　**Other intangibles, or intellectual property** | | | |
| **65.**　**Goodwill**<br>**Client has a longstandng reputation with many**<br>**repeat customers** | $0.00 | | Unknown |

---

**66.**　**Total of Part 10.**　　　　　　　　　　　　　　　　　　　　　　　　　　　　**$0.00**

　　　Add lines 60 through 65. Copy the total to line 89.

**67.**　**Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

　　■ No
　　☐ Yes

**68.**　**Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

　　■ No
　　☐ Yes

**69.**　**Has any of the property listed in Part 10 been appraised by a professional within the last year?**

　　■ No
　　☐ Yes

**Part 11:**　**All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Debtor   **O'Brien's Rent-All & Sales, Inc.**                                    Case number *(If known)* _____
       Name

Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **O'Brien's Rent-All & Sales, Inc.**                    Case number *(if known)* _____
                Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $10,376.43 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $100,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,264,206.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................>* | | $9,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,376,582.43 | + 91b. $9,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,385,582.43 |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **O'Brien's Rent-All & Sales, Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF WEST VIRGINIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|
| **2.1** | **Internal Revenue Service**<br>Creditor's Name<br><br>**Centralized Insolvency Operation**<br>**P.O. Box 7346**<br>**Philadelphia, PA**<br>**19101-7346**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**3rd quarter 2018**<br>Last 4 digits of account number | **Describe debtor's property that is subject to a lien**<br>**All assets**<br>**941 3rd quarter 2018**<br><br><br>**Describe the lien**<br>**Statutory Lien**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | **$63,170.51** | **$0.00** |
| | **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2** | **Internal Revenue Service**<br>Creditor's Name<br><br>**Centralized Insolvency Operation**<br>**P.O. Box 7346**<br>**Philadelphia, PA**<br>**19101-7346**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**3rd & 4th quarters 2020** | **Describe debtor's property that is subject to a lien**<br>**All assets**<br>**941 3rd & 4th quarters 2020**<br><br><br>**Describe the lien**<br>**Statutory Lien**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | $45,253.27 | $0.00 |

Debtor No. 5:25-bk-00077   Doc 1   Filed 02/24/25   Entered 02/24/25 14:09:16   Page 22 of 47
O'Brien's Rent-All & Sales, Inc.
Name

Case number (if known)

Last 4 digits of account number

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Internal Revenue Service** | Describe debtor's property that is subject to a lien | $55,971.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA
19101-7346**

**All assets
941 2nd & 3rd quarters 2022
2nd & 4th quarters 2023**

Creditor's mailing address

**Describe the lien
Statutory Lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **Internal Revenue Service** | Describe debtor's property that is subject to a lien | $53,698.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA
19101-7346**

**All assets
941 2nd quarter 20018**

Creditor's mailing address

**Describe the lien
Statutory Lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.5 | **Internal Revenue Service** | Describe debtor's property that is subject to a lien | $26,119.18 | $0.00 |
|---|---|---|---|---|

Creditor's Name
**Centralized Insolvency**
**Operation**
**P.O. Box 7346**
**Philadelphia, PA**
**19101-7346**

**All assets**
**2290 for 2016 and 2017**
**941 1st quarter 2018**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

---

| 2.6 | **MMG Investments V, LLC** | **Describe debtor's property that is subject to a lien** | **$1,447,815.82** | **$1,375,206.00** |

Creditor's Name
**c/o Midwest Servicing 4,**
**LLC**
**3144 S. Winton Road**
**Rochester, NY 14623**

**Titel lien on various vehicles**

Creditor's mailing address

**Describe the lien**
**UCC 2015E121500020**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

---

| 2.7 | **MMG Investments V, LLC** | **Describe debtor's property that is subject to a lien** | **$209,576.44** | **$1,375,206.00** |

Creditor's Name
**c/o Midwest Servicing 4,**
**LLC**
**3144 S. Winton Road**
**Rochester, NY 14623**

**All Business Assets**

Creditor's mailing address

**Describe the lien**
**UCC 2015E121500020**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

Debtor  O'Brien's Rent-All & Sales, Inc.
Name

Case number (if known)

☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☒ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | **$1,901,604.22** |

---

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Christopher Schueller<br>Buchanan Ingersoll & Rooney<br>501 Grant Street, Suite 200<br>Pittsburgh, PA 15219-4413 | Line  **2.6** | |
| Christopher Schueller<br>Buchanan Ingersoll & Rooney<br>501 Grant Street, Suite 200<br>Pittsburgh, PA 15219-4413 | Line  **2.7** | |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **O'Brien's Rent-All & Sales, Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF WEST VIRGINIA |
| Case number (if known) | |

☐ Check if this is an
  amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**City of Wheeling**<br>**1500 Chapline Street**<br>**Wheeling, WV 26003** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**B&O Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**IOUE Local 132**<br>**636 Fourth Avenue**<br>**Huntington, WV 25701-0067** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$322,622.24** | **$22,622.24** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Pension contributions** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

No. 5:25-bk-00077   Doc 1   Filed 02/24/25   Entered 02/24/25 14:09:16   Page 26 of 47

| | | |
|---|---|---|
| **2.3** | Priority creditor's name and mailing address<br>**Laborers' Local 1149**<br>**2110 Lunber Avenue**<br>**Wheeling, WV 26003** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:<br>**Pension contributions** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

**$65,000.00** **$65,000.00** (for row 2.3)

| | | |
|---|---|---|
| **2.4** | Priority creditor's name and mailing address<br>**Ohio Department of Taxation**<br>**P.O. Box 182401**<br>**Columbus, OH 43218-2401** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:<br>**Taxes** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

**$3,990.22** **$3,990.22** (for row 2.4)

| | | |
|---|---|---|
| **2.5** | Priority creditor's name and mailing address<br>**Pennsylvania Department of Revenue**<br>**Department 280946**<br>**Harrisburg, PA 17128-0946** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:<br>**Sales taxes** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

**Unknown** **$0.00** (for row 2.5)

| | | |
|---|---|---|
| **2.6** | Priority creditor's name and mailing address<br>**Pennsylvania Department of Revenue**<br>**Department 280946**<br>**Harrisburg, PA 17128-0946** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:<br>**Withholding Taxes** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

**Unknown** **$0.00** (for row 2.6)

Debtor No. 5:25-bk-00077   Doc 1   Filed 02/24/25   Entered 02/24/25 14:09:16   Page 27 of 47
O'Brien's Rent-All & Sales, Inc.
Name                                                                                    Case number (if known)

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,379.00 | $0.00 |
|---|---|---|---|---|

**Sheriff of Ohio County**
**1500 Chapline Street**
**Wheeling, WV 26003**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Account Balance**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,282.65 | $5,282.65 |
|---|---|---|---|---|

**WV Department of Taxation**
**PO Box 3694**
**Charleston, WV 25336**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,544.71 | $8,544.71 |
|---|---|---|---|---|

**WV Department of Taxation**
**PO Box 3694**
**Charleston, WV 25336**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Withholding taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $278,060.00 |
|---|---|---|---|

**A Crane Rental**
**200 Washington Ave**
**Dravosburg, PA 15034**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Account Balance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,858.00 |
|---|---|---|---|

**AETNA**
**151 Farmington Avenue**
**Hartford, CT 06156**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Account Balance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $147.00 |
|---|---|---|---|

**AFCO**
310 Grant Street, # 1600
Pittsburgh, PA 15290

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Account Balance

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $335.00 |
|---|---|---|---|

**American Electric Power**
P.O. Box 371496
Pittsburgh, PA 15250-7496

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Account Balance

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $364.00 |
|---|---|---|---|

**CobraGuard, Inc.**
PO Box 39
Mission, KS 66201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Account Balance

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,132.00 |
|---|---|---|---|

**Graysville Store**
4 State Rte 4015
Graysville, PA 15337

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Account Balance

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,920.00 |
|---|---|---|---|

**Herndon morton Herndon Yeager**
83 Edgington Lane
Wheeling, WV 26003

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Account Balance

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,435.00 |
|---|---|---|---|

**Hi-Vac Corporation**
117 Industry Rd
Marietta, OH 45750

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Account Balance

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $686,890.26 |
|---|---|---|---|

**MMG Investments V, LLC**
c/o Midwest Servicing 4, LLC
3144 S. Winton Road
Rochester, NY 14623

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

No. 5:25-bk-00077   Doc 1   Filed 02/24/25   Entered 02/24/25 14:09:16   Page 29 of 47

| | | | |
|---|---|---|---|
| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,566.30** |
| | **Royal Hydrolic Services & Mfg.** | ☐ Contingent | |
| | **2 Washington Street** | ☐ Unliquidated | |
| | **Cokeburg, PA 15324** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Account Balance | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,950.00** |
| | **Top Notch Logistics** | ☐ Contingent | |
| | **2811 Glenmore Avenue** | ☐ Unliquidated | |
| | **Pittsburgh, PA 15216** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Account Balance | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,091.00** |
| | **United Healthcare** | ☐ Contingent | |
| | **PO Box 1459 Minneapolis** | ☐ Unliquidated | |
| | **Minneapolis, MN 55440** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Account Balance | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

## Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **John F. Dascoli**<br>**2442 Kanawha Boulevard East**<br>**Charleston, WV 25311** | Line  **2.2**<br><br>☐ Not listed. Explain ____ | _ |

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $   417,818.82 |
| 5b. Total claims from Part 2 | 5b.  + | $   993,748.56 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $   1,411,567.38 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **O'Brien's Rent-All & Sales, Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF WEST VIRGINIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **O'Brien's Rent-All & Sales, Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF WEST VIRGINIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **O'Brien's Mining & Const. Serv. Inc.** | **P.O. Box 6682 Wheeling, WV 26003** | **MMG Investments V, LLC** | ■ D __2.6__ ☐ E/F _____ ☐ G _____ |
| 2.2 | **O'Brien's Mining & Const. Serv. Inc.** | **P.O. Box 6682 Wheeling, WV 26003** | **MMG Investments V, LLC** | ■ D __2.7__ ☐ E/F _____ ☐ G _____ |
| 2.3 | **Sean O'Brien** | **20 Copperhead Drive Wheeling, WV 26003** | **MMG Investments V, LLC** | ■ D __2.6__ ☐ E/F _____ ☐ G _____ |
| 2.4 | **Sean O'Brien** | **20 Copperhead Drive Wheeling, WV 26003** | **MMG Investments V, LLC** | ■ D __2.7__ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name  **O'Brien's Rent-All & Sales, Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF WEST VIRGINIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy       04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$139,122.00** |
| **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other  _____ | **$1,089,369.00** |
| **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other  _____ | **$1,879,861.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|
| | | | |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1.  Belmont Petroleum Corp.<br>54631 National Rd<br>Lansing, OH 43934 | Past 3 months | $8,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>■ Other  **Fuel** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  Sean O'Brien<br>20 Copperhead Drive<br>Wheeling, WV 26003 | Past year | $55,545.00 | Periodic draws |

5. **Repossessions, foreclosures, and returns**
   List any property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  MMG Investments V, LLC v. O'Brien's Rent-All & Sales, Inc. et al<br>CC-35-2024-C-244 | Civil | Circuit Court of Ohio County, WV<br>Ohio County Courthouse<br>1500 Chapline Street<br>Wheeling, WV 26003 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

No 3:23-bk-00047   Doc 1   Filed 02/24/25   Entered 02/24/25 14:09:16   Page 34 of 47

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | Trustees of the International Union of Operating Engineers, Local 132 Pension Fund et al v. O'Brien's Rent-All & Sales, Inc.<br>24-00303 | Civil | United States District Court, SD of WV<br>Sidney L. Christie U.S. Courthouse<br>and Federal Building<br>845 Fifth Avenue, Room 101<br>Huntington, WV 25701 | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:   Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:   Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:   Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Davis & Kotur Law Office Co. LPA<br>407 A Howard Street<br>Bridgeport, OH 43912 | $3,500.00 - Retainer | | $3,500.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. <br><br>**Exact Crane and Equipment Corp.** <br>**28985 Ambina Drive** <br>**Solon, OH 44139** <br><br>Relationship to debtor | **Debtor swapped a large crane for two smaller cranes. More specifically, debtor exchanged a 2013 Demag Terex Crane for a Peterbilt Motor and 2013 Grove Crane. The values of the equipment swapped was equal and no funds were exchanged. MMG released its lien on the Terex Crane and substituted the two smaller cranes as collateral** | **Summer 2024 for the exchange of collateral** | **$0.00** |

---

| **Part 7:** | **Previous Locations** |
|---|---|

14. **Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

15. **Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or**

**profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

■ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.

    ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Operating Engineers** | EIN: |

Has the plan been terminated?

■ No

☐ Yes

    ☐ No Go to Part 10.

    ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Laborer's Local** | EIN: |

Has the plan been terminated?

■ No

☐ Yes

    ☐ No Go to Part 10.

    ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **TransAmerica for Sean, Jess and one other employee** | EIN: |

Has the plan been terminated?

■ No

☐ Yes

---

**Part 10:**   **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Case 25-3E-00014   Doc 1   Filed 02/24/25   Entered 02/24/25 14:09:16   Page 37 of 47

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Unknown** | **Sean O'Brien** | **Various Equipment is located in PA and WV** | ☐ No<br>■ Yes |

---

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **O'Brien's Mining & Const. Serv. Inc.**<br>**P.O. Box 6682**<br>**Wheeling, WV 26003** | **Varies** | **Equipment** | **Unknown** |

---

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.

No 3:25-bk-00014  Doc 1     Filed 02/24/25     Entered 02/24/25 14:09:16     Page 38 of 47

Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Jack Felton** | **1999-Present** |
| 26a.2.  **Jess Vapner** | **2012-Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.  **Jack Felton** | **1999-Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1.  **Sean O'Brien** | **All seen on a portal** |
| 26c.2.  **Jess Vapner** | **All seen on a portal** |
| 26c.3.  **Jack Felton** | **All seen on a portal** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **Main Street Bank**<br>**2001 Main Street**<br>**Wheeling, WV 26003** |
| 26d.2.  **MMG Investments V, LLC** |
| 26d.3.  **Divorce Action for Sean O'Brien** |

No. 5:25-bk-00014    Doc 1    Filed 02/24/25    Entered 02/24/25 14:09:16    Page 39 of 47

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

- ☑ No
- ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Sean O'Brien | | President since 2009 | 100% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

- ☑ No
- ☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ☐ No
- ☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Sean O'Brien<br>20 Copperhead Drive<br>Wheeling, WV 26003 | | | Draw, Salary (not since early 2024) |
| | Relationship to debtor | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ☑ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ☐ No
- ☑ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| IOUE | EIN: |
| WV Laborers | EIN: |

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **February 20, 2025**

**/s/ Sean O'Brien**                                          **Sean O'Brien**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

# United States Bankruptcy Court
## Northern District of West Virginia

In re  **O'Brien's Rent-All & Sales, Inc.**                                   Case No. _____

Debtor(s)                          Chapter  **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ **7,500.00** |
| Prior to the filing of this statement I have received | $ **4,000.00** |
| Balance Due | $ **3,500.00** |

2.  The source of the compensation paid to me was:

☐ Debtor      ■ Other (specify):      **Retainer for services**

3.  The source of compensation to be paid to me is:

☐ Debtor      ■ Other (specify):      **Replenishment of retainer**

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
     **Retainer for SubV filing**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**February 20, 2025**                          **/s/ Kelly Gene Kotur**
_Date_                                         **Kelly Gene Kotur 11249**
                                               _Signature of Attorney_
                                               **Davis & Kotur Law Office Co. LPA**
                                               **407-A Howard Street**
                                               **Bridgeport, OH 43912**
                                               **(740) 635-1217   Fax: (740) 633-9843**
                                               **kellykotur@davisandkotur.com**
                                               _Name of law firm_

# United States Bankruptcy Court
## Northern District of West Virginia

In re    **O'Brien's Rent-All & Sales, Inc.**                                Case No. _____
                                                    Debtor(s)        Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Sean O'Brien**<br>**20 Copperhead Drive**<br>**Wheeling, WV 26003** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **February 20, 2025** _____        Signature   **/s/ Sean O'Brien** _____
                                                                **Sean O'Brien**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**Northern District of West Virginia**

In re   **O'Brien's Rent-All & Sales, Inc.**                                    Case No. _____

_____
                                                    Debtor(s)          Chapter     **11**  _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **February 20, 2025**                      **/s/ Sean O'Brien**
_____           _____
                                                                          **Sean O'Brien**/**President**
                                                                          Signer/Title

O'Brien's Rent-All & Sales, Inc.
P.O. Box 6682
Wheeling, WV 26003


Kelly Gene Kotur
Davis & Kotur Law Office Co. LPA
407-A Howard Street
Bridgeport, OH 43912


A Crane Rental
 200 Washington Ave
Dravosburg, PA 15034


AETNA
151 Farmington Avenue
Hartford, CT 06156


AFCO
 310 Grant Street, # 1600
Pittsburgh, PA 15290


American Electric Power
P.O. Box 371496
Pittsburgh, PA 15250-7496


Christopher Schueller
Buchanan Ingersoll & Rooney
501 Grant Street, Suite 200
Pittsburgh, PA 15219-4413


City of Wheeling
1500 Chapline Street
Wheeling, WV 26003


CobraGuard, Inc.
PO Box 39
Mission, KS 66201


Graysville Store
4 State Rte 4015
Graysville, PA 15337


Herndon morton Herndon Yeager
83 Edgington Lane
Wheeling, WV 26003

Hi-Vac Corporation
117 Industry Rd
Marietta, OH 45750


Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346


IOUE Local 132
636 Fourth Avenue
Huntington, WV 25701-0067


John F. Dascoli
2442 Kanawha Boulevard East
Charleston, WV 25311


Laborers' Local 1149
2110 Lunber Avenue
Wheeling, WV 26003


MMG Investments V, LLC
c/o Midwest Servicing 4, LLC
3144 S. Winton Road
Rochester, NY 14623


O'Brien's Mining & Const. Serv. Inc.
P.O. Box 6682
Wheeling, WV 26003


Ohio Department of Taxation
P.O. Box 182401
Columbus, OH 43218-2401


Pennsylvania Department of Revenue
Department 280946
Harrisburg, PA 17128-0946


Royal Hydrolic Services & Mfg.
2 Washington Street
Cokeburg, PA 15324


Sean O'Brien
20 Copperhead Drive
Wheeling, WV 26003

Sheriff of Ohio County
1500 Chapline Street
Wheeling, WV 26003


Top Notch Logistics
2811 Glenmore Avenue
Pittsburgh, PA 15216


United Healthcare
 PO Box 1459 Minneapolis
Minneapolis, MN 55440


WV Department of Taxation
PO Box 3694
Charleston, WV 25336

# United States Bankruptcy Court
## Northern District of West Virginia

In re   __O'Brien's Rent-All & Sales, Inc.__                           Case No. _____

                                                Debtor(s)                      Chapter    __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   __O'Brien's Rent-All & Sales, Inc.__   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__February 20, 2025__

Date

/s/ Kelly Gene Kotur
_____

**Kelly Gene Kotur 11249**

Signature of Attorney or Litigant

Counsel for   **O'Brien's Rent-All & Sales, Inc.**

**Davis & Kotur Law Office Co. LPA**
**407-A Howard Street**
**Bridgeport, OH 43912**
**(740) 635-1217 Fax:(740) 633-9843**
**kellykotur@davisandkotur.com**